```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 3 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

        -against-

JAMGLE JAM USA, INC.,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

21 Civ. 1213 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

      The May 19, 2021 conference is canceled.

Dated: New York, New York
       March 3, 2021

                                                                             SO ORDERED.

                                                                           *George B. Daniels*
                                                                           GEORGE B. DANIELS
                                                                           United States District Judge