IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, on behalf of himself
and all others similarly situated,

                                    Plaintiff,

        -v-

JAMGLE JAM USA, INC.,

                                    Defendant.

Civil Case Number:  1:21-cv-01213-GBD

~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 31, 2021 Stipulation of Dismissal, all claims asserted

against Defendant in Civil Action No. **1:21-cv-01213-GBD**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** /st **day of** April **2021.**

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE